## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

HEATHER C. BROUILLETTE,

|  |  |  |
|---|---|---|
| | Plaintiff, | ) |
| | | ) |
| v. | | ) |
| | | ) Civil Action No. 05-30039 |
| EXPERIMENTAL AND APPLIED SCIENCES, INC. | | ) |
| d/b/a EAS, INC., | | ) |
| | Defendant. | ) |
| | | ) |

## EXPERIMENTAL AND APPLIED SCIENCES, INC.'S FRCP 7.1/
## LOCAL RULE 7.3 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendant Experimental and Applied

Sciences, Inc. ("EAS") files this disclosure statement.

EAS is a wholly-owned subsidiary of Abbott Laboratories, Inc., the shares of which are publicly

traded.

Respectfully submitted,

/s/ Philip J. Callan
Philip J. Callan, Jr.
State Bar No. 070540
Michael K. Callan
State Bar No. 558912
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, 19th Floor
1414 Main Street
Springfield, MA  01144
Phone:     (413)-733-3111
Fax:        (413)-734-3910

263857-1

*Counsel for Defendant Experimental and Applied Sciences, Inc.*

Of Counsel:

Paul F. Strain
Michael B. MacWilliams
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2978
Phone:         410-244-7400
Fax:           410-244-7742
E-Mail:        mbmacwilliams@venable.com

## CERTIFICATE OF SERVICE

I, Michael K. Callan, do hereby certify that I have caused a copy of the foregoing to be served upon the parties by mailing same first class mail, postage pre-paid, to:

Kevin Murphy, Esquire
Pessolano, Dusel, Murphy & Casartello
115 State Street, 5th Floor
Springfield, MA 01103

Ronald V. Fiesta, Esq.
Sarah C. Bullard, Esq.
Pam Sotoodeh, Esq.,
Nizam Arain, Esq.
Paige E. Barr, Esq.
Victoria Dizik Teremenko, Esq.
Kenneth B. Moll & Associates, Ltd.
Three First National Plaza
50th Floor
Chicago, IL 60602

Dated:  April 7, 2005

_____
Michael K. Callan

263857-1