UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS
SPRINGFIELD, MASSACHUSETTS

| | |
|---|---|
| **HEATHER C. BROUILLETTE**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIMENTAL APPLIED SCIENCES, INC.**<br><br>**Defendants.** | **CIVIL ACTION NO. 05-30039-MAP** |

**DEFENDANT EXPERIMENTAL APPLIED SCIENCES, INC.'S
MOTION TO
ADMIT PRO HAC VICE AND SUPPORTING AFFIDAVIT**

NOW COMES the undersigned and moves the Court to admit Paul F. Strain, of Baltimore, MD, pro hac vice in the above-referenced case.

The above-named attorney practices in the area of civil litigation and is familiar with the Local Rules of the Court.

The above-named attorney is a member of the firm of Venable LLP.  He is a member of the bar for the areas in which he practices.

The above-named attorney is and has been retained as general counsel for Defendant Experimental Applied Sciences, Inc. in the above matter.

Mr. Strain will be associated with the firm of Doherty, Wallace, Pillsbury & Murphy, P.C. during the litigation, which will serve as local counsel.  A certificate of good standing from the United States District Court for the District of Maryland and an affidavit of counsel are attached.

Respectfully Submitted,

EXPERIMENTAL APPLIED SCIENCES, INC

/s/ Philip J. Callan, Jr.
Philip J. Callan, Jr., Esquire
State Bar No. 070540
Michael K. Callan, Esquire
State Bar No. 558912
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, 19th Floor
1414 Main Street
Springfield, MA  01144
(413) 733-3111 Telephone
(413) 734-3910 Facsimile

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MASSACHUSETTS
SPRINGFIELD, MASSACHUSETTS

| | |
|---|---|
| HEATHER C. BROUILLETTE<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIMENTAL APPLIED SCIENCES, INC.<br><br>    Defendants. | CIVIL ACTION NO. 05-30039-MAP |

### AFFIDAVIT OF PAUL F. STRAIN

| | |
|---|---|
| STATE OF MARYLAND | § § § |
| CITY OF BALTIMORE | § § |

Paul F. Strain, Esquire, being duly sworn hereby deposes and says that:

1. I am a resident of the State of Maryland and have been a practicing attorney in Maryland for approximately 32 years. I am a partner at the law firm of Venable LLP, Suite 1800, 2 Hopkins Plaza, Baltimore, Maryland 21201.

2. I am a member in good standing of the bar of the United States Supreme Court, the state bars of Connecticut and Maryland, the bar of the District of Columbia, and the bars of the following federal courts: United States Court of Appeals for the Fourth Circuit and the Federal Circuit; United States District Courts for the District of Columbia and the District of Maryland. I am duly licensed and admitted to practice law in each of the above jurisdictions.

3. There are no disciplinary proceedings or criminal charges instituted or pending against me in Maryland or any other jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. If the Court shall allow my application to appear *pro hac vice* in the above-captioned matter, I will represent my client in this proceeding together with Phillip J. Callan, Jr., a member of the bar of this Court, until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and amenable to disciplinary action and the civil jurisdiction of the Court in all respects as if I were a regularly admitted and licensed member of the Bar of this Court in good standing.

6. I am associated and have personally appearing with me in the proceedings Phillip J. Callan, Jr., Esquire, an attorney who is duly and legally admitted to practice in the Commonwealth of Massachusetts, and upon whom service may be had in all matters in connection with the above-captioned case, or to any disciplinary matter arising out of the same, to the effect as if personally made on me within the Commonwealth of Massachusetts.

7. I certify that all of the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Paul F. Strain

SUBSCRIBED AND SWORN TO before me this 5th day of April, 2005.

_____
Notary Public in and for the State of Maryland
My Commission Expires: 4-1-2009



# United States District Court
# For the District of Maryland

## Certificate of Good Standing

I, Felicia C. Cannon, Clerk of the United States District Court for the District of Maryland,

DO HEREBY CERTIFY that, PAUL FARRELL STRAIN, ESQUIRE, BAR NUMBER 01255, was duly admitted to practice in said Court on April 1, 1973, and is in good standing as a member of the bar of said Court. The indices of this Court have been searched and do not reveal any disciplinary actions, either present or past, as to the above named attorney.

Dated at Baltimore, Maryland

FELICIA C. CANNON
Clerk

Tina Stavrou - Deputy Clerk

Date: April 8, 2005