IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| HEATHER C. BROUILLETTE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| EXPERIMENTAL AND APPLIED SCIENCES, INC. ) | Civil Action No. 05-30039 |
| d/b/a EAS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT MOTION TO STAY PROCEEDINGS PENDING ACTION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Defendant, Experimental and Applied Sciences, Inc. d/b/a EAS, Inc. ("EAS"), and Plaintiff, Heater C. Brouillette, in lieu of a Joint Statement regarding the proposed pretrial order, hereby file this Joint Motion and request a stay of proceedings in this case pending further action by the Judicial Panel on Multidistrict Litigation ("JPML"), and in support thereof state as follows:

1. Pursuant to JPML Rule 7.5, EAS filed a Notice of Tag-Along Actions advising both the JPML and this Court that this matter is a potential tag-along action subject to transfer for coordinated and consolidated proceedings with substantially similar cases currently pending under In re: Ephedra Products Liability Litigation, MDL Docket No. 1598 (hereinafter "MDL 1598").

2. It would be in the best interests of both the parties and it would promote judicial economy to stay all proceedings in this action until the JPML determines whether this case should be transferred to MDL 1598.

WHEREFORE, Defendant and Plaintiff jointly request a stay of proceedings in this case pending action by the JPML, either transferring this case to MDL 1598 or denying such transfer.

| *Plaintiff* | *Defendant* |
|---|---|
| Heather C. Brouillette | Experimental and Applied Sciences, Inc., d/b/a EAS, Inc. |

By:

Kevin Murphy, Esquire, Bar No. 363110
PESSOLANO, DUSEL, MURPHY & CASARTELLO
115 State Street, 5th Floor
Springfield, Massachusetts 01103
Phone:     413-781-4700
Fax:         413-781-0471
Local Counsel for Plaintiff

_____/s/_____(VDT)_____
Ronald V. Fiesta, Esquire
Sarah C. Bullard, Esquire
Pam Sotoodah, Esquire
Nizam Arain, Esquire
Paige E. Barr, Esquire
Victoria Dizik Teremenko, Esquire
KENNETH B. MOLL & ASSOCIATES, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Phone:     312.558.6444
Fax:         312.558.1112
E-Mail:    tdk@kbmoll.com
National Counsel for Plaintiff

By:

Phillip J. Callan, Jr.
Michael K. Callan
State Bar No. 558912
DOHERTY, WALLACE, PILLSBURY & MURPHY, P.C.
One Monarch Place, 19th Floor
1414 Main Street
Springfield, MA 01144
Phone:     413.733.3111
Fax:         413.734.3910
E-Mail:    mcallan@dwpm.com

_____/s/_____(MBM)_____
Paul F. Strain
Michael B. MacWilliams
VENABLE LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, Maryland 21201-2978
Phone:     410.244.7400
Fax:         410.244.7742
E-Mail:    mbmacwilliams@venable.com