JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 28 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1598

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-21)

On April 13, 2004, the Panel transferred 14 civil actions to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 344 additional actions have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jed S. Rakoff.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of New York and assigned to Judge Rakoff.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of April 13, 2004, 314 F.Supp. 2d 1373 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jed S. Rakoff.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 1 4 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-21 - TAG-ALONG ACTIONS
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **ARKANSAS EASTERN** | |
| ARE 4   05-120 | Tamara Renee Kuykendall v. Experimental Applied Sciences, Inc. |
| **LOUISIANA EASTERN** | |
| LAE 2   05-1965 | Loukrisha Mae Dove, etc. v. NVE, Inc., et al. |
| **MASSACHUSETTS** | |
| MA 1   05-10871 | Sharon Aguilar v. Muscletech Research and Development, Inc., et al. |
| MA 3   05-30039 | Heather C. Brouillette v. Experimental Applied Sciences, Inc. |
| **MINNESOTA** | |
| MN 0   05-967 | Russell Pinske v. Goldshield Group, PLC |
| ~~MN 0   05-978~~ | ~~Murray J. Eaves v. Muscletech Research & Development, Inc., et al.~~ Opposed 7/14/05 |
| **MISSOURI EASTERN** | |
| MOE 1   05-76 | Daniel Byrne, et al. v. Metabolife International, Inc., et al. |
| MOE 4   05-875 | Jody Barber, et al. v. Rexall Sundown, Inc., et al. |
| **MISSOURI WESTERN** | |
| MOW 4   05-440 | Sherida L. Miller v. Premier Marketing |
| MOW 4   05-482 | Mark Durbin v. Metabolife International, Inc. |
| MOW 4   05-483 | Sylvia Norman, et al. v. Metabolife International, Inc. |
| MOW 5   05-6050 | Gerald M. Martin v. Metabolife International, Inc. |
| **SOUTH CAROLINA** | |
| SC 4   05-920 | Daniel Parker, et al. v. Natural Balance, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-21)
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Lisa R. King Ackley
Walsworth, Franklin, Bevins & McCall
One City Blvd. West, 5th Floor
Orange, CA 92868-3677

Michael S. Appel
Sugarman, Rogers, Barshak & Cohen
101 Merrimac Street
9th Floor
Boston, MA 02114-4737

Virginia L. Borden
SimmonsCooper, LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024

Michael K. Callan
Doherty, Wallace, Pillsbury & Murphy, P.C.
One Monarch Place, 19th Floor
1414 Main Street
Springfield, MA 01144-1002

Thomas P. Cartmell
Wagstaff & Cartmell, L.L.P.
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Steven B. Garner
Strong Law Firm, P.C.
901 E. Battlefield Road
Springfield, MO 65807

Ronald S. Goldser
Zimmerman Reed
651 Nicollet Mall
Suite 501
Minneapolis, MN 55402-4123

Michael L. Hodges
13420 Santa Fe Trail Drive
Lenexa, KS 66215

William G. Holt
Gary Eubanks & Associates
P.O. Box 3887
Little Rock, AR 72203-3887

Christopher R. Howard
Blackwell Sanders Peper Martin, LLP
4801 Main Street
Suite 1000
Kansas City, MO 64112

Jim L. Julian
Chisenhall, Nestrud & Julian, P.A.
Regions Center
400 West Capitol Avenue
Suite 2840
Little Rock, AR 72201-3415

Bradley D. Kuhlman
Evans & Kuhlman
105 E 5th Street
Suite 102
Kansas City, MO 64106

Robert E. Lee
Law Offices of Aiken Bridges
181 E. Evans Street
Suite 409
P.O. Drawer 1931
Florence, SC 29506

Matthew E. Lundy
Lundy & Davis
333 N. Sam Houston Parkway, East
Suite 375
Houston, TX 77060-2487

Michael B. MacWilliams
Venable, LLP
Two Hopkins Plaza
Suite 1800
Baltimore, MD 21201-2978

E. Raymond Moore, III
Murphy & Grantland
P.O. Box 6648
Columbia, SC 29260

Kevin G. Murphy
Pessolano, Dusel, Murphy & Casartello
115 State Street
5th Floor
Springfield, MA 01103

Peter C. Neger
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022

Michael W. Newport
Foley & Mansfield, PLLP
1001 Highlands Plaza Drive West
Suite 400
St. Louis, MO 63110

INVOLVED COUNSEL LIST (CTO-21) MDL-1598                                               PAGE 2 OF 2

Nicholas N. Nierengarten
Gray, Plant, Mooty, Mooty & Bennett
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402

Gerard T. Noce
Burroughs & Hepler
1010 Market Street
Suite 500
St. Louis, MO 63101

Dennis C. Reich
Reich & Binstock, LLP
4265 San Felipe
Suite 1000
Houston, TX 77027

Patrick A. Reinken
Rider Bennett, LLP
33 South Sixth Street
Suite 4900
Minneapolis, MN 55402

John Edward Roxon
Roxon Law Office
P.O. Box 21449
Charleston, SC 29413

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Newark, NJ 07102

Benjamin R. Skjold
Hellmuth & Johnson
10400 Viking Drive
Suite 500
Eden Prairie, MN 55344

R. Gaylord Smith
Lewis Brisbois Bisgaard & Smith, LLP
550 West C Street
Suite 800
San Diego, CA 92101-3531

Jeremy D. Sosna
Strathman & Sosna
10 South 5th Street
Suite 700
Minneapolis, MN 55402

Stephen R. Stern
Hoffinger, Stern & Ross
150 East 58th Street
19th Floor
New York, NY 10155

Paul F. Strain
Venable, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201-2978

Chad W. Strathman
Strathman & Sosna
10 South 5th Street
Suite 700
Minneapolis, MN 55402

Diane P. Sullivan
Dechert LLP
Princeton Pike Corporate Center
P.O. Box 5218
Princeton, NJ 08543-5218

Joseph P. Thomas
Ulmer & Berne, LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-2409

Michelle Wymae Wan
Reich & Binstock
4265 San Felipe
Suite 1000
Houston, TX 77027

Albert P. Zabin
Duane Morris LLC
470 Atlantic Avenue
Suite 500
Boston, MA 02110

# INVOLVED JUDGES LIST (CTO-21)
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

Hon. Garnett Thomas Eisele
Senior U.S. District Judge
502 U.S. Post Office and Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Mary Ann Vial Lemmon
U.S. District Judge
500 Poydras Street
C-406 Hale Boggs Federal Building
& U.S. Courthouse
New Orleans, LA 70130

Hon. Stephen N. Limbaugh
Senior U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 3rd Floor
St. Louis, MO 63102-9958

Hon. Reginald C. Lindsay
U.S. District Judge
5130 John Joseph Moakley
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

~~Hon. Ann D. Montgomery~~
~~U.S. District Judge~~
~~13 W U.S. Courthouse~~
~~300 South Fourth Street~~
~~Minneapolis, MN 55415~~

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Michael A. Ponsor
U.S. District Judge
Federal Building, 5th Floor
1550 Main Street
Springfield, MA 01103

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Wittaker
U.S. Courthouse
400 E. 9th Street
Kansas City, MO 64106

Hon. Dean Whipple
Chief Judge, U.S. District Court
8652 Charles Evans Whittaker U.S.
Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Terry L. Wooten
U.S. District Judge
McMillan Federal Courthouse
401 West Evans Street
Florence, SC 20501

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker
U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

# INVOLVED CLERKS LIST (CTO-21)
## DOCKET NO. 1598
## IN RE EPHEDRA PRODUCTS LIABILITY LITIGATION

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

James Woodward, Clerk
339 Broadway
Cape Girardeau, MO 55415

James Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Loretta G. Whyte, Clerk
C-151 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130-3367

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
U.S. District Court
400 East 9th Street
Room 1510
Kansas City, MO 64106

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Sarah Thornton, Clerk
2300 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Sarah Thornton, Clerk
Federal Building
1550 Main Street
Springfield, MA 01103